AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

Eddie L. Andrews

V.

Stephen Brooks

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CIV-06-652 M

TO: (Name and address of Defendant)

Stephen Brooks
101 N. Main Street
Altus, OK 73521

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Eddie L. Andrews
P.O. Box 1132
Catoosa, OK 74015

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

ROBERT D. DENNIS
CLERK

(By) DEPUTY CLERK

JUN 1 6 2006
DATE

AO 440 (Rev. 10/93) Summons in a Civil Action                                    CIV-06-652 M

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | June 19, 2006 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Eddie L. Andrews | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant.  Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify):  Certified mailing to: Stephen Brooks    Tracking No.: 70042890000038166695
                    101 N. Main St
                    Altus, OK 73521

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   June 19, 2006               *Eddie L. Andrews* (signature)
              Date                          *Signature of Server*

                                          Eddie L. Andrews
                                          P.O. Box 1132
                                          Catoosa, OK 74015
                                          *Address of Server*

**FILED**
JUL 1 8 2006
ROBERT D. DENNIS, CLERK
U.S. DIST. COURT, WESTERN DIST. OF OKLA
BY _____ DEPUTY

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Stephen Brooks
   *101 N Main St*
   *Altus, OK 73521*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X *Marla Duffy*                       ☐ Agent
                                          ☐ Addressee

B. Received by ( Printed Name )         C. Date of Delivery
   *Marla Duffy*                           6/19/06

D. Is delivery address different from item 1?   ☐ Yes
   If YES, enter delivery address below:        ☐ No

3. Service Type
   ☐ Certified Mail      ☐ Express Mail
   ☐ Registered          ☐ Return Receipt for Merchandise
   ☐ Insured Mail        ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)*            ☐ Yes

2. Article Number
   *(Transfer from service label)*   7004 2890 0000 3816 6895

(1) As to who may s...

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540